**Opinion issued September 28, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00118-CV

———————————

### NATALIYA KROTOVA ALLEN, Appellant

### V.

### JOYCE ALLEN RIVES, Appellee

---

**On Appeal from the County Court**
**Grimes County, Texas**
**Trial Court Case No. 8916**

---

## MEMORANDUM OPINION

Appellant, Natalia Krotova Allen, has filed a motion to dismiss her appeal because the parties have resolved their disputed issues. Appellee has not filed an opposition to the motion. The Court has not issued an opinion.

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.